HONORABLE JAMES L. ROBART

1

2

3

4

5

6

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF WASHINGTON

7

8

| | |
|---|---|
| MARIE RILEY,<br><br>                         Plaintiff,<br><br>   vs.<br><br>THE BOEING COMPANY and NEWCO, INC.<br>d/b/a CASCADE COLUMBIA<br>DISTRIUBTION COMPANY,<br><br>                         Defendants. | Case No. 2:20-cv-00458-JLR<br><br>**UNOPPOSED MOTION FOR<br>EXTENSION OF TIME TO RESPOND<br>TO THE COMPLAINT AND<br>ORDER**<br><br>NOTED ON MOTION CALENDAR:<br>APRIL 8, 2020 |

9

10

11

12

13

14

      Pursuant to LCR 7(d)(1), Defendant Newco, Inc. d/b/a Cascade Columbia Distribution

Company moves to extend its time to answer or otherwise respond to Plaintiff's Complaint. The

parties conferred in good faith, and an extension of time to April 28, 2020 is unopposed. The

extension is appropriate and necessary under the circumstances to allow newly retained defense

counsel to investigate and understand the case in advance of responding.

Dated: April 8, 2020.                    GORDON REES SCULLY MANSUKHANI, LLP

                          By:    */s/ Nancy M. Erfle*
                                  Nancy M. Erfle, WSBA No. 20644
                                  nerfle@grsm.com
                                  Kelly F. Huedepohl, WSBA No. 53456
                                  khuedepohl@grsm.com
                                  *Attorneys for Defendant Newco, Inc. d/b/a*
                                  *Cascade Columbia Distribution Company*

15

16

17

18

19

20

21

22

23

24

25

UNOPPOSED MOTION FOR EXTENSION OF
TIME TO RESPOND TO THE COMPLAINT AND
ORDER – Page 1

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

**[PROPOSED] ORDER**

Based on Defendant Newco, Inc. d/b/a Cascade Columbia Distribution Company's unopposed motion, IT IS HEREBY ORDERED that the Unopposed Motion for Extension of Time to Respond to Plaintiff's Complaint is hereby GRANTED and the deadline to file and serve Defendant Newco, Inc. d/b/a Cascade Columbia Distribution Company's responsive pleading is hereby extended until and through April 28, 2020.

Dated this <u>10th day of</u> April, 2020.

_____
HONORABLE JAMES L. ROBART
United States District Court Judge

UNOPPOSED MOTION FOR EXTENSION OF
TIME TO RESPOND TO THE COMPLAINT AND
ORDER – Page 2

**CERTIFICATE OF SERVICE**

I certify under penalty of perjury under the laws of the State of Washington that I am over the age of 18, and on this date I caused a copy of the foregoing **UNOPPOSED MOTION FOR EXTENSION OF TIME TO RESPOND TO THE COMPLAINT AND [PROPOSED] ORDER** to be served as stated below:

☒   by transmitting via electronic delivery (e-mail) the attached document(s) to the e-mail address(es) set forth below.

☒   by transmitting via electronic delivery the attached document(s) to all attorneys of record using the CM/ECF system.

| | |
|---|---|
| Brian D. Weinstein<br>Alexandra B. Caggiano<br>Phillip A. Chu<br>Weinstein Caggiano PLLC<br>601 Union Street, Suite 2420<br>Seattle, Washington 98101<br>alex@weinsteincaggiano.com<br>brian@weinsteincaggiano.com<br>service@weinsteincaggiano.com<br>*Attorneys for Plaintiff* | Susan Ulrich<br>Waters Kraus & Paul<br>222 N Sepulveda, Suite 1900<br>El Segundo, CA 90245<br>sulrich@waterskraus.com<br>bandrews@waterskraus.com<br>mconnett@waterskraus.com<br>kloew@waterskraus.com<br>*Attorneys for Plaintiff* |
| Charles Stein Siegel<br>Waters & Kraus, LLP<br>3141 Hood Street, Ste. 700<br>Dallas, TX 75219<br>siegel@waterskraus.com<br>*Attorneys for Plaintiff* | Victoria Phillips<br>Diane Paolicelli<br>Phillips & Paolicelli, LLP<br>747 Third Avenue, 6th floor<br>New York, NY 10017<br>vphillips@p2law.com<br>dpaolicelli@p2law.com<br>*Attorneys for Plaintiff* |
| David C. Strouss<br>Brad J. Mitchell<br>Thornton Law Firm<br>1 Lincoln St., 13th Fl.<br>State Street Financial Center<br>Boston, MA 02111<br>dstrouss@tenlaw.com<br>bmitchell@tenlaw.com<br>*Attorneys for Plaintiff* | Todd W. Rosencrans, WSBA No. #26551<br>Monique Wirrick, WSBA No. 34093<br>Perkins Coie LLP<br>1201 Third Avenue, Suite 4900<br>Seattle, WA 98101-3099<br>TRosencrans@perkinscoie.com<br>MWirrick@perkinscoie.com<br>*Attorneys for Defendant The Boeing Company* |

**I declare under penalty of perjury under the laws of the State of Washington that the above is true and correct.**

DATED this 8th day of April, 2020 at Portland, Oregon.

By: _____
Heather A. Coffey, Legal Assistant

CERTIFICATE OF SERVICE – Page 1

**GORDON REES SCULLY MANSUKHANI, LLP**
1300 SW 5th Avenue, Suite 2000
Portland, OR  97201
Telephone:  (503) 382-3852
Facsimile :  (503) 616-36000